Clarence V. KNIGHT, Plaintiff–Appellant,

v.

K. DEWALD; et al., Defendants–Appellees.

No. 00–16919.

D.C. No. CV–99–01208–DFL.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

915

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM [**]

Clarence V. Knight, a California state prisoner, appeals pro se the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to file timely an amended complaint. We have jurisdiction pursuant to 28 U.S.C. § 1291. *See City of Santa Clara v. Andrus,* 572 F.2d 660, 665–66 (9th Cir.1978). We review for abuse of discretion and affirm. *See Ferdik v. Bonzelet,* 963 F.2d 1258, 1260–61 (9th Cir.1992).

Because Knight failed to address the failure-to-prosecute rationale for dismissing his action, we consider this issue

abandoned on appeal. *See Pierce v. Multnomah County,* 76 F.3d 1032, 1037 n. 3 (9th Cir.1996). Because we may not review prior orders of the district court after a dismissal for failure to prosecute, we do not reach Knight's remaining contentions. *See Al–Torki v. Kaempen,* 78 F.3d 1381, 1386 (9th Cir.1996).

AFFIRMED.